# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT ROSWALD REDFIELD,**<br><br>Defendant. | CR 20-77-BLG-SPW-1<br><br><br>**ORDER QUASHING SUMMONS, ISSUING WARRANT, AND VACATING ARRAIGNMENT** |

Upon motion of the United States, and for good cause shown,

IT IS ORDERED that the summons issued in this case that requires the defendant to appear and answer to the indictment, on August 20, 2020, be QUASHED. The Clerk shall prepare and issue a warrant of arrest for the defendant.

IT IS FURTHER ORDERED that the arraignment currently scheduled on August 20, 2020, at 9:00 a.m., be VACATED. The arraignment will be rescheduled upon the arrest of the defendant.

DATED this 18th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge