# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-77-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| ROBERT ROSWALD REDFIELD, | |
| Defendant. | |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 21 U.S.C. § 853, as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violations;

AND WHEREAS, on September 23, 2021, the defendant Redfield entered a plea of guilty to count I of the second superseding indictment charging conspiracy to possess with the intent to distribute methamphetamine;

AND WHEREAS, defendant Redfield pled true to the forfeiture allegation that stated that as a result of the offenses charged in the second superseding indictment, the defendant shall forfeit:

- $30,559 in United States currency; and

1

- firearms and ammunition.

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the property, pursuant to 21 U.S.C. § 841(a)(1), 21 U.S.C. § 853, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1.    That based upon the pleas of guilty by defendant Redfield to count I contained in the second superseding indictment, and the plea of true to the forfeiture allegation, the United States is authorized and ordered to seize the following property.    This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of to 21 U.S.C. § 853(n)(1):

- $30,559 in United States currency;

- See attached list of firearms and ammunition.

2.    That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3.    That, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-

2

listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

4.   That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this _20th_ day of October, 2021.


SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

United States v. Robert Redfield & Krystal Firebear
CR 20-77-BLG-SPW

Firearms List

Savage 67C Shotgun, .12 caliber (SN: B197679)
High Standard Shotgun, unknown model and caliber (SN: None)
Winchester 120 Shotgun, .12 caliber (SN: 1620848)
Tanfoglio, F.LLI, S.N.C. Titan Pistol, .25 caliber (SN: D886594)
Mossberg M Rifle, .22 caliber (SN: None)
Glock GMBH 17GEN4 Pistol, .9 caliber (SN: BKHE101)
Kahr Arms – Auto Ordnance CT45 Pistol, .45 caliber (SN: AKA3518)
Ruger Blackhawk Revolver, .357 caliber (SN: 33-54539)
Traditions, Inc. unknown model and caliber (SN: None)
Taurus PT100AFS Pistol, .40 caliber (SN: D64332)
Harrington & Richardson Hammerless Revolver, .32 caliber (SN: 35261)
Ruger Blackhawk Revolver, .357 caliber (SN: 34-67615)
High Standard Sentinel Deluxe Revolver, .22 caliber (SN: 2094081)
Heritage Mfg Inc Rough Rider Revolver, .22 caliber (SN: J06027)
Rohm RG14 Revolver, .22 caliber (SN: 8060)
Harrington & Richardson Sportsman Revolver, .22 caliber (SN: B8983)
Ruger Bearcat Revolver, .22 caliber (SN: 90-23283)
Hipoint CF380 Pistol, .380 caliber (SN: P8061689)
Bryco Arms 38 Pistol, .380 caliber (SN: 1022428)
Magnum Research Inc Desert Eagle Pistol, .44 caliber (SN: None)
Lorcin Engineer L25 Pistol, .25 caliber (SN: C03681)
Heritage Mfg Inc Rough Rider Revolver, .22 caliber (SN: E19407)
Heritage Mfg Inc Rough Rider Revolver, .22 caliber (SN: R07982)
Diamondback Arms Inc DB-15 Rifle, .556 caliber (SN: DB-1815279)
Mossberg 935 Shotgun, .12 caliber (SN: AM081995)
Remington Arms Company Inc 700 Rifle, .7 caliber (SN: RR15697H)
New England Firearms Handi Rifle, unknown model and caliber
        (SN: NW 257682)
Marlin Firearms CO 883SS Rifle, .22 caliber (SN: 04523377)
Remington Arms Company Inc 710 Rifle, .30-06 caliber (SN: 71265735)
Springfield Armory, Geneseo Rifle, unknown model and caliber (SN: A177361)
Zastava Mark X Rifle, .22-250 caliber (SN: B239613)
Marlin Firearms CO 1894S Rifle, .44 caliber (SN: 17056588)
USA Military Surplus 1903 Rifle, .30-06 caliber (SN: 340087)
Winchester 94 Rifle, .30-30 caliber (SN: 2419788)

Remington Arms Company Inc 770 Rifle, 30-06 caliber (SN: 71405811)
Remington Arms Company Inc 715 Rifle, .243 caliber (SN: 71339756)
Savage Stevens 200 Rifle, .270 caliber (SN: G436546)
Harrington & Richardson Rifle, unknown model and caliber (SN: CBA086038)
Savage Arms Inc (CD) Mark II Rifle, .22 caliber (SN: 0594110)
Browning A-Bolt Rifle, .7 caliber (SN: 03305ZX358)
Mosin-Nagant Rifle, unknown model and caliber (SN: T53015722)
Remington Arms Company Inc 770 Rifle, .7 caliber SN: M72087695)
Savage Axis Rifle, .22-250 caliber (SN: K193273)
Remington Arms Company Inc 700 Rifle, .7 caliber (SN: G6843023)
CBC (Companhia Braziliera De Cartuchos) 750 Rifle, .22 caliber
       (SN: ELB3342908)
Browning BL22 Rifle, .22 caliber (SN: 01526PM126)
Unknown Manufacturer; unknown model or caliber, (SN: None)
Remington Arms Company Inc 700 Rifle, .25-06 caliber (SN: RR37900K)
Mossberg 500A Shotgun, .12 caliber (SN: T4465993)
Winchester 94 Rifle, .30-30 caliber (SN: CB9098)
Browning 81BLR Rifle, .243 caliber (SN: 04359MW341)
Savage Axis Rifle .7-08 caliber (SN: H689807)
CBC (Companhia Braziliera De Cartuchos) 715T  Rifle, .22 caliber
       (SN: ELE3405303)
Savage 111 Rifle, .270 caliber (SN: F964486)
Remington Arms Company Inc 512 Rifle, .22 caliber (SN: None)
Remington Arms Company Inc 7400 Rifle, .30-06 caliber (SN: 8162393)
Savage Axis Rifle, .270 caliber (SN: J330203)
Savage Axis Rifle, .243 caliber (SN: H743148)
Marlin Firearms CO 25MN  Rifle, .22 caliber (SN: 08515200)
Mossberg 100 ATF Rifle, .30-06 caliber (SN: BA270831)
Marlin Firearms CO XT-17 Rifle, .17 caliber (SN: MM82192A)
Remington Arms Company Inc 770 Rifle, .270 caliber (SN: M72059383)
Savage Stevens 200 Rifle, .25-06 caliber (SN: G896059)
New England Firearms Pardner Shotgun, .20 caliber (SN: NS 314573)
Remington Arms Company Inc 783 Rifle, .270 caliber (SN: RA17860A)
Mossberg 100 ATF Rifle, .270 caliber (SN: ATR024596)
Savage Stevens 200 Rifle, .25-06 caliber (SN: G862322)
Savage Stevens 200 Rifle, .223 caliber (SN: G491052)
Remington Arms Company Inc 700 Rifle, .300 caliber (SN: G6619973)
Marlin Firearms CO 917V Rifle, .17 caliber (SN: 96644808)
Savage Axis Rifle, .270 caliber (SN: H213481)
Savage Axis Rifle, .223 caliber (SN: K166256)

Savage 99E Rifle, .243 caliber (SN: C356624)
Keystone Sporting Arms Crickett Rifle, .22 caliber (SN:147781)
Remington Arms Company Inc. 788 Rifle, .22-250 caliber (SN:A6052847)
Keystone Sporting Arms Crickett Rifle, .22 caliber (SN: 447992)
Mauser 98 Rifle, .280 caliber (SN: None)
Savage Stevens 58F Shotgun, .410 caliber (SN: B604720)
CBC (Companhia Braziliera De Cartuchos) 702 Plinkster Rifle, .22 caliber
    (SN: EID3013851)
Mauser Rifle unknown model or caliber (SN: 255255)
Savage Stevens 258 Shotgun, .20 caliber (SN: None)
Marlin Firearms CO 60W Rifle, .22 caliber (SN: 03225423)
USA Military  Surplus 1903 Rifle, .30-06 caliber (SN: 960655)
Mossberg 20 Rifle, .22 caliber (SN: None)
Savage Axis Rifle, .270 caliber (SN: J568633)
Henry Repeating Rifle Co Rifle, unknown model or caliber (SN: M166329H)
Mossberg 42M Rifle, .22 caliber (SN: None)
Marlin  Firearms CO 917V Rifle, .17 caliber (SN 96694328)
Mauser 98 Rifle, .280 caliber (SN: 8890)
Savage 110 Rifle, .300 caliber (SN: F796461)
Savage 64 Rifle, .22 caliber (SN: 2238046)
Armscor of the Philippines (Squires Bingham) M5 Shotgun, .12 caliber
    (SN: RIA1824458)
Remington Arms Company Inc 770 Rifle, .30-06 caliber (SN: M72089760)
Savage 10 Rifle, .22-250 caliber (SN: G034846)
New England Firearms Pardner Shotgun, .20 caliber (SN: NU341182)
Remington Arms Company Inc 783 Rifle, .270 caliber (SN: RA69976B
Ruger M77 Rifle, .7 caliber (SN: 70-88214)
Remington Arms Company Inc 870 Shotgun, .12 caliber (SN: 1011696V)
Savage Axis Rifle, .270 caliber (SN: H430898)
Mossberg 385KB Shotgun, .20 caliber (SN: 1221189)
Savage Stevens 59A Shotgun, .410 caliber (SN: None)
Marlin Firearms Co XL7 Rifle, .25-06 caliber (SN: 91782151)
Remington Arms Company Inc 710 Rifle, .7 caliber (SN: 71341652)
Ruger M77 Rifle, .243 caliber (SN: 783-23103)
Remington Arms Company Inc 591 Rifle, .5 caliber (SN: 1161771)
USA Military Surplus 1917 Rifle, .30-06 caliber (SN: 406032)
Remington Arms Company Inc 700 Rifle, .243 caliber (SN: 6720628)
Enfield NO4MKI Rifle, .300 caliber (SN: AZ15264)
Winchester 94 Rifle, .30-30 caliber (SN: obliterated)
Winchester 250 Rifle, .22 caliber (SN: obliterated)

Russian Mosin Nagant Rifle, .762 caliber (SN: 9130038782)
Henry Repeating Rifle Co Rifle, unknown model or caliber (SN: 263064P)
Savage Stevens 225 Shotgun, .12 caliber (SN: 20088)
Savage Axis Rifle, .308 caliber (SN: K310961)
Savage 110 Rifle, .25-06 caliber (SN: F791547)
Winchester SXP Shotgun, .12 caliber (SN: 12AZX47261)
CBC (Companhia Braziliera De Cartuchos) 7022 Rifle, .22 caliber (SN: E041489)
Unknown Manufacturer; unknown model or caliber, (SN: 583436)
Winchester 1897 Shotgun, .12 caliber (SN: 143793)
USA Military Surplus 1903 Rifle, .308 caliber (SN: 120537)
Mossberg 402 Rifle, .22 caliber (SN: 317019)
Rock Island Armory Inc (Geneseo, IL) Rifle, unknown model or caliber
    (SN: RIA1835391)
High Standard Durango Revolver, .22 caliber (SN: 2200400)
Smith & Wesson Highway Patrolman Revolver, .357 caliber (SN: N709935)
Hopkins & Allen Ranger No.2 Revolver, .32 caliber (SN: 7070)
Colt Woodsman Pistol, .22 caliber (SN: 50355S)
Armsco, Nashville, TN MK059 Revolver, .22 caliber (SN: 054783)
Ruger Mark II Pistol, .22 caliber (SN: 221-83265)
High Standard Double Nine Revolver, .22 caliber (SN: 928053)
Taurus The Judge Revolver, .45/410 caliber (SN: DS217785)
Hartford Arms Revolver, unknown model or caliber (SN: SA12527)
Hartford Arms Revolver, unknown model or caliber (SN: SA12526)
Smith & Wesson Revolver, unknown model or caliber (SN: 221K399)
Harrington & Richardson 1871 Inc Shotgun, unknown model or caliber
    (SN: 65724)
Savage Shotgun, unknown model or caliber (SN: None)
Marlin Firearms CO 70 Rifle, .22 caliber (SN: 20482773)
Haskell (MRGF) JHP Pistol, .45 caliber (SN: X4331870)
CZ (Ceska Zbrojovka) CZ 52 Pistol, .762 caliber (SN: R10984)
Winchester 1300 Shotgun, .12 caliber (SN: 386543)
Heritage Mfg Inc Rough Rider Revolver, .22 caliber (SN: 3BR006885)
Smith & Wesson Highway Patrolman Revolver, .357 caliber (SN: N950125)
1484 rounds assorted ammunition, multi caliber
2183 rounds Wolf ammunition, unknown caliber
1383 rounds Wolf ammunition, unknown caliber